**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Sandra Lederman
                           Plaintiff,

v.                                                   Case No.: 1:21−cv−04528
                                                       Honorable Robert M. Dow Jr.

The Hershey Company
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 15, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the joint status report [18], Defendant's motion to dismiss [15] is taken under advisement; response is due by 1/6/2022; reply is due by 1/20/2022. The Court will issue a ruling by mail. Notice of motion date of 12/21/2021 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.