## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sandra Lederman

                         Plaintiff,

v.                                         Case No.: 1:21−cv−04528
                                                 Honorable Robert M. Dow Jr.

The Hershey Company

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In a memorandum opinion dated August, 19 2022 [43], the Court granted Defendant's motion to dismiss with leave to replead no later than September 19, 2022. The Court observed that if no amended complaint was filed by that date, the dismissal would be converted to with prejudice and a final judgment order would be entered. As no amended complaint has been filed as of today's date, the prior dismissal order is converted to a dismissal with prejudice and a final judgment will be entered in a separate document consistent with Federal Rule of Civil Procedure 58. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.