IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Sandra Lederman

Plaintiff(s),

v.

The Hershey Company

Defendant(s).

Case No. 21-cv-4528
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

**X** in favor of defendant The Hershey Company
and against plaintiff Sandra Lederman.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
**X** decided by Judge Robert M. Dow on a motion by Defendant to dismiss.

Date: 11/8/2022                                     Thomas G. Bruton, Clerk of Court

                                                    Carolyn Hoesly, Deputy Clerk